Civil Action No. 3:18-CV-06011-VC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sunvalleytek International, Inc.__
was received by me on *(date)* __10/03/2018__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Anita Marquez, Customer Service Rep__ , who is
designated to accept service of process on behalf of *(name of organization)* __Sunvalleytek International, Inc. at 4:08 PM__ on *(date)* __10/04/2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/08/2018__

*Server's signature*

__Marcus Adrain Johnson - Process Server, Reg#1166__
*Printed name and title*

1128 E. 6th Street #2
Corona, CA 92879
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| MAGNACROSS LLC | ) |
| --- | --- |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:18-cv-06011-VC |
| SUNVALLEYTEK INTERNATIONAL, INC. | ) |
|  | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SUNVALLEYTEK INTERNATIONAL, INC.
C/O YINGPING WANG
46724 LAKEVIEW BLVD
FREMONT CA 94538

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven A. Nielsen
Nielsen Patents
100 Larkspur Landing Circle, Suite 216
Larkspur, CA  94939
(415) 272-8210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date:   10/02/2018                              _Felicia Brown_  Felicia Brown
*Signature of Clerk or Deputy Clerk*